IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-253-1BO
No. 5:16-CV-19-BO

| | |
|---|---|
| ROBERT EDWARD TILLERY, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the previously entered stay in this matter, it is hereby ORDERED that the stay entered on September 5, 2017, is hereby LIFTED.

This ___ day of April, 2018.

TERRENCE W. BOYLE
United States District Judge