IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-253-1-BO
No. 5:16-CV-19-BO

| | | |
|---|---|---|
| ROBERT EDWARD TILLERY, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | | |

This cause comes before the Court on petitioner's *pro se* response to the Court's order entered January 24, 2019. [DE 386]. Petitioner has confirmed that he does not wish to proceed on his motion pursuant to 28 U.S.C. § 2255 filed by counsel [DE 327]. The motion was therefore properly withdrawn, [DE 382], and the Court will take no further action at this time.

SO ORDERED, this __11__ day of February, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE